ESTHER L. CAIN, Respondent, v. CHESTER WOOD et al., Appellants.—

934

Present — Bergan, P. J., Coon, Gibson, Herlihy and Taylor, JJ.